## Irving M. Novack, Appellee, v. Casual-Craft, Inc., Appellant.

Gen. No. 44,810.

opinion filed October 26, 1949; released for publication November 10, 1949. Mack Berg and Michael Levin, for appellant; Harry G. Fins, of counsel; Becker & Savin, for appellee; Benjamin M. Becker and Bernard Savin, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.